**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY SANCHEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>COTTON CITIZEN INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 1:22-cv-07963-AMD-MMH |

## NOTICE OF SETTLEMENT

　　　　The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

　　　　Dated: May 16, 2023

/s/ Noor A. Saab, Esq.
Moor A. Saab, Esq.
The Law Office of Noor A. Saab, Esq.
380 North Broadway, Suite 300
Jericho, NY 11753
Tel: (718) 740-5060
Fax: (718) 709-5912
Email: noorasaablaw@gmail.com

*Attorneys for Plaintiffs*
*Randy Sanchez, on behalf of himself*
*and all others similarly situated*