**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                    Plaintiffs,

         -against-

COTTON CITIZEN, INC.

                 Defendant.

---------------------------------------------------------x

Case No. 1:23-cv-07963-AMD-MMH

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ

("Plaintiff") and COTTON CITIZEN, INC. ("Defendant"), by and through their undersigned

counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action

be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____, 2023

The Law Office of Noor A. Saab, Esq.

By:    */ s / Noor A. Saab*
       Noor A. Saab Esq.
       *Attorney for Plaintiff*
       380 North Broadway, Penthouse West
       Jericho, New York 11753
       Tel: 718-740-5060
       Email: noorasaablaw@gmail.com

O'Hagan Meyer

By:   _____
       Adi Kanlic, Esq.
       *Attorney for the Defendant*
       One East Wacker Drive, Suite 3400
       Chicago | IL | 60601
       Tel: 915.203.7289
       Email: AKanlic@ohaganmeyer.com

SO ORDERED:

Dated: _____ July 19 _____, 2023

                                   s/Ann M. Donnelly
                                  United States District Judge